IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | |
|---|---|
| PRA'SHAWNA STACKER,<br>individually and on behalf of all others,<br><br>Plaintiffs,<br><br>v.<br><br>URBN US RETAIL LLC,<br>d/b/a ANTHROPOLOGIE,<br><br>Defendant. | Case No.: 23-06031-CV-SJ-JAM |

## ORDER

Upon the Notice of Voluntary Dismissal Without Prejudice filed pursuant to Fed. R. Civ. P. 41 and signed by Plaintiff's counsel seeking dismissal without prejudice (Doc. 4), and before Defendant having filed an answer or motion for summary judgment, it is hereby

ORDERED that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this action is dismissed without prejudice. Each party shall bear their own costs and attorneys' fees.

/s/ *Jill A. Morris*
JILL A. MORRIS
UNITED STATES MAGISTRATE JUDGE